| PROB 22 (Rev. 2/88) | **TRANSFER OF JURISDICTION** | DOCKET NUMBER *(Tran. Court)* CR 09-3019-4-LRR |
| --- | --- | --- |
| | | DOCKET NUMBER *(Rec. Court)* 1:18-cr-16 (MAD) |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE: DOUGLAS JOHN PENNINGTON | DISTRICT Northern District of Iowa | DIVISION Central |
| --- | --- | --- |
| | NAME OF SENTENCING JUDGE Linda R. Reade | |
| | DATES OF PROBATION/SUPERVISED RELEASE: | FROM 12/01/2017 — TO 11/28/2025 |

**OFFENSE**

Conspiracy to Manufacture 5 Grams or More of Actual (Pure) Methamphetamine After Having Been Previously Convicted of a Felony Drug Offense

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF IOWA

IT IS HEREBY ORDERED that pursuant to 18 U.S.C. 3605 the jurisdiction of the probationer or supervised releasee named above be transferred with the records of the sentencing Court to the United States District Court accepting jurisdiction of this case upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this Court.

January 10, 2018
*Date*

*[signature]*
*United States District Judge*

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF NEW YORK

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

1/19/2018
*Effective Date*

*[signature]*
*United States District Judge*